**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: AYALA ENTERPRISES INC. § Case No. 2:15-bk-22245-ER
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Wesley H. Avery, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $34,192.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15.31 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $580.42 | | |

3) Total gross receipts of $595.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $595.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $656.42 | $580.42 | $580.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $600.00 | $74,076.66 | $74,076.66 | $15.31 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $292,543.00 | $33,086.87 | $33,086.87 | $0.00 |
| **TOTAL DISBURSEMENTS** | $293,143.00 | $107,819.95 | $107,743.95 | $595.73 |

4) This case was originally filed under chapter 7 on 08/04/2015. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2019     By: /s/ Wesley H. Avery
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| HCC Surety Group - Bond Cancellation Refund | 1290-000 | $595.73 |
| **TOTAL GROSS RECEIPTS** | | **$595.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wesley Avery | 2100-000 | NA | $0.00 | $0.00 | $0.00 |
| Trustee, Expenses - Wesley Avery | 2200-000 | NA | $76.00 | $0.00 | $0.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - BOND | 2300-000 | NA | $0.42 | $0.42 | $0.42 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $230.00 | $230.00 | $230.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $656.42 | $580.42 | $580.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United States Bankruptcy Court | 5800-001 | NA | $14.47 | $14.47 | $14.47 |
| 1P | United States Bankruptcy Court - Christopher Paul French | 5800-001 | NA | $1,760.00 | $1,760.00 | $0.37 |
| 2 | Edward Gregory Ayala | 5800-000 | NA | $70,000.00 | $70,000.00 | $0.00 |
| 3 | United States Bankruptcy Court - FRANCHISE TAX BOARD | 5800-001 | $600.00 | $600.99 | $600.99 | $0.12 |
| 4 | United States Bankruptcy Court - FRANCHISE TAX BOARD | 5800-001 | $0.00 | $1,701.20 | $1,701.20 | $0.35 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$600.00** | **$74,076.66** | **$74,076.66** | **$15.31** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Christopher Paul French | 7100-000 | NA | $5,280.00 | $5,280.00 | $0.00 |
| 5 | Southern California Edison | 7100-000 | $309.00 | $570.56 | $570.56 | $0.00 |
| 6 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | $6,416.00 | $6,454.01 | $6,454.01 | $0.00 |
| 7 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | $15,312.00 | $15,155.89 | $15,155.89 | $0.00 |
| 8 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $5,501.00 | $5,626.41 | $5,626.41 | $0.00 |
| N/F | AT & T | 7100-000 | $319.00 | NA | NA | NA |
| N/F | AT & T | 7100-000 | $60.00 | NA | NA | NA |
| N/F | AT & T Landline | 7100-000 | $376.00 | NA | NA | NA |
| N/F | AT & T U-Verse | 7100-000 | $184.00 | NA | NA | NA |
| N/F | Allied Building C/O AGA | 7100-000 | $38,131.00 | NA | NA | NA |
| N/F | Arco | 7100-000 | $141.00 | NA | NA | NA |
| N/F | Capital One Bank (USA) Inc | 7100-000 | $5,136.00 | NA | NA | NA |
| N/F | Century Insurance Company Century Surety Co | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Chase Card Services Cardmember Service | 7100-000 | $5,411.00 | NA | NA | NA |
| N/F | Cintas Corp | 7100-000 | $559.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | City Of Inglewood | 7100-000 | $579.00 | NA | NA | NA |
| N/F | David Jones | 7100-000 | $3,617.00 | NA | NA | NA |
| N/F | First Ins Funding Corp | 7100-000 | $13,997.00 | NA | NA | NA |
| N/F | Gutters By Ruby | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Home Depot Credit Services | 7100-000 | $5,887.00 | NA | NA | NA |
| N/F | Horacek Family Trust C/O Solomon Winnett & Rosenfeld | 7100-000 | $79,072.00 | NA | NA | NA |
| N/F | Johnson Love Associates | 7100-000 | $895.00 | NA | NA | NA |
| N/F | Labor Commissioner State Of CA Dept Of Ind Rel, Div Of Labor | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mercury Insurance Calif Automobile Ins Co | 7100-000 | $5,785.00 | NA | NA | NA |
| N/F | Miguel & Associates PC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | On Deck Capital | 7100-000 | $48,086.00 | NA | NA | NA |
| N/F | Principal Life Group Grand Island | 7100-000 | $174.00 | NA | NA | NA |
| N/F | Reliable Roof & Removal | 7100-000 | $1,800.00 | NA | NA | NA |
| N/F | Revenue Division Business License Unit | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Southern California Gas | 7100-000 | $102.00 | NA | NA | NA |
| N/F | Sparkletts | 7100-000 | $18.00 | NA | NA | NA |
| N/F | State Farm General Ins Co C/O Lee Mendelson | 7100-000 | $26,357.00 | NA | NA | NA |
| N/F | State Fund | 7100-000 | $6,286.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Synchrony Bank Phillips | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tire World | 7100-000 | $511.00 | NA | NA | NA |
| N/F | US Bank | 7100-000 | $5,114.00 | NA | NA | NA |
| N/F | Villa Marina 76 Inc | 7100-000 | $869.00 | NA | NA | NA |
| N/F | Waste Management | 7100-000 | $725.00 | NA | NA | NA |
| N/F | Wells Fargo | 7100-000 | $9,493.00 | NA | NA | NA |
| N/F | Westwood Power Tools | 7100-000 | $71.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$292,543.00** | **$33,086.87** | **$33,086.87** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 2:15-bk-22245-ER | Trustee Name: | (001270) Wesley H. Avery |
|---|---|---|---|
| Case Name: | AYALA ENTERPRISES INC. | Date Filed (f) or Converted (c): | 08/04/2015 (f) |
| | | § 341(a) Meeting Date: | 09/09/2015 |
| For Period Ending: | 02/18/2019 | Claims Bar Date: | 02/07/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | One West Bank accounts, certificates of deposit | 75.00 | 75.00 | | 0.00 | FA |
| 2 | 1982 Chevy Steak Bed (16 ft.) (71,584 miles) (no | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 3 | 1989 Chevy Sierra Pick Up (8 ft.) (154,131 miles | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 4 | 1989 Mack Dumpruck (16 ft.) (301,113 miles) | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 5 | 1994 Ford F250 Pick Up (8 ft.) (204,314 miles) | 2,633.00 | 2,633.00 | | 0.00 | FA |
| 6 | 1994 GMC Sierra Pick Up (8 ft.) (178,541 miles) | 2,004.00 | 2,004.00 | | 0.00 | FA |
| 7 | 2004 Chevy Sierra Pick Up (8 ft.) (89,973 miles) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 8 | Office Equipment (See attached list) (Located at | 1,330.00 | 1,330.00 | | 0.00 | FA |
| 9 | Roofing materials (Located at 220 S. Glasgow Ave | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 10 | Shop Equipment (see attached list) (Located at 2 | 5,450.00 | 5,450.00 | | 0.00 | FA |
| 11 | HCC Surety Group - Bond Cancellation Refund (u) | 0.00 | 0.00 | | 595.73 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$34,192.00** | **$34,192.00** | | **$595.73** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 2:15-bk-22245-ER
**Case Name:** AYALA ENTERPRISES INC.

**For Period Ending:** 02/18/2019

**Trustee Name:** (001270) Wesley H. Avery
**Date Filed (f) or Converted (c):** 08/04/2015 (f)
**§ 341(a) Meeting Date:** 09/09/2015
**Claims Bar Date:** 02/07/2017

**Major Activities Affecting Case Closing:**

REPORTING PERIOD ENDING JUNE 30, 2019

All assets cleared. TDR submitted 2/18/2019.

Check 103 was not cashed and the trustee's attempts to contact claimant were unsuccessful. Trustee issued a stop payment and turned the funds to the bankruptcy court as unclaimed funds on 9/4/2018 pursuant to FRCP 3011.

REPORTING PERIOD ENDING JUNE 30, 2018

TFR submitted on 3/30/2018. Trustee has waived his compensation ($148.93) and expenses ($76.00) for the benefit of unsecured creditors and payment of court costs ($350.00). TFR hearing date set for May 17, 2018 at 10am in Courtroom 1568. TFR granted; order lodged (LOU 5567626).

REPORTING PERIOD ENDING JUNE 30, 2017

After further review, the trustee and his counsel have determined that there are no additional assets to administer. NDR was filed on 3/21/2017; NDR was withdrawn on 4/4/2017 for the trustee to administer the funds on hand (bond cancellation refund).

REPORTING PERIOD ENDING JUNE 30, 2016

Trustee's proposed counsel is investigating potential avoidance actions.

GENERAL
Six vehicles, machinery, and potential transfers of property.

PROFESSIONALS
-Application to Employ Avanesian Law Firm as General Bankruptcy Counsel with Proof of Service Filed by Trustee Wesley H Avery (TR) (Avanesian, Michael) (Entered: 10/30/2015)
-Withdrawal re: Application by Chapter 7 Trustee to Employ Counsel Filed by Trustee Wesley H Avery (TR) (RE: related document(s)[6] Application to Employ Avanesian Law Firm as General Bankruptcy Counsel with Proof of Service). (Avery (TR), Wesley)

INSURANCE
n/a

TAX RETURNS
n/a

CLAIMS STATUS
Claims Bar Date is 2/7/16. Government Claims Bar Date is 2/1/16. Trustee has reviewed claims; the cost of prosecuting any claim objections exceeds the benefit to the estate.

CLOSING
Request for Court Costs filed on 4/21/2017. Notice to Pay Court Costs Due Sent To: Wesley H. Avery, Total Amount Due $350.00.

ETFR: 12/31/2018

**Initial Projected Date Of Final Report (TFR):** 12/31/2018    **Current Projected Date Of Final Report (TFR):** 03/30/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-22245-ER | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | AYALA ENTERPRISES INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7617 | Account #: | ******3800 Checking |
| For Period Ending: | 02/18/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/11/16 | {11} | American Contractors Indemnity Co | Cancellation Refund (HCC - Bond Company) | 1290-000 | 595.73 | | 595.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 585.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 575.73 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 565.73 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 555.73 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 545.73 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 535.73 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 525.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 515.73 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 505.73 |
| 01/24/17 | 101 | INTERNATIONAL SURETIES | Bond Disbursement - Term 1/4/2017 to 1/4/2018 | 2300-000 | | 0.42 | 505.31 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 495.31 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 485.31 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 475.31 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 465.31 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 455.31 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 445.31 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 435.31 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 425.31 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 415.31 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 405.31 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 395.31 |

Page Subtotals:    $595.73    $200.42

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-22245-ER | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | AYALA ENTERPRISES INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7617 | Account #: | ******3800 Checking |
| For Period Ending: | 02/18/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 385.31 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 375.31 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 365.31 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 355.31 |
| 04/02/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -10.00 | 365.31 |
| 05/21/18 | 102 | United States Bankruptcy Court | Claim #COURT / Filed: $350.00 / Dividend paid at 100.00% = $350.00 | 2700-000 | | 350.00 | 15.31 |
| 05/21/18 | 103 | Edward Gregory Ayala | Claim #2 / Filed: $70,000.00 / Dividend paid at 0.02% = $14.47 Stopped on 08/31/2018 | 5800-000 | | 14.47 | 0.84 |
| 05/21/18 | 104 | United States Bankruptcy Court | Combined small dividends. | | | 0.84 | 0.00 |
| | | | Claims Distribution - Thu, 04-19-2018         $0.12 | 5800-001 | | | 0.00 |
| | | | Claims Distribution - Thu, 04-19-2018         $0.35 | 5800-001 | | | 0.00 |
| | | | Claims Distribution - Thu, 04-19-2018         $0.37 | 5800-001 | | | 0.00 |
| 08/31/18 | 103 | Edward Gregory Ayala | Claim #2 / Filed: $70,000.00 / Dividend paid at 0.02% = $14.47 Stopped on 08/31/2018 | 5800-000 | | -14.47 | 14.47 |
| 09/04/18 | 105 | United States Bankruptcy Court | Turnover of Unclaimed Funds | 5800-001 | | 14.47 | 0.00 |
| | | **COLUMN TOTALS** | | | **595.73** | **595.73** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **595.73** | **595.73** | |
| | | Less: Payments to Debtors | | | | **0.00** | |
| | | **NET Receipts / Disbursements** | | | **$595.73** | **$595.73** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:15-bk-22245-ER | **Trustee Name:** | Wesley H. Avery (001270) |
| **Case Name:** | AYALA ENTERPRISES INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7617 | **Account #:** | ******3800 Checking |
| **For Period Ending:** | 02/18/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $595.73 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $595.73 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $595.73 | $595.73 | $0.00 |
| | **$595.73** | **$595.73** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)